HENRY MOLINA *v.* RUDY LARGOSA.

No. 4849.

FEBRUARY 9, 1970.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ.,
AND CIRCUIT JUDGE WONG FOR
MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

Justice Abe, who dissented from the majority, does not concur.

*Frank D. Padgett* (*Padgett, Greeley, Marumoto & Akinaka,* of counsel) for the petition.